IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:18cv39-WHA |
| | ) | [WO] |
| AMANDA HUGHES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On December 10, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 57.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for Plaintiff's failure to file a response to Defendants' answer and written report as ordered by this court.

Final judgment will be entered separately.

DONE this 30th day of December, 2019.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE